MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA*
NICKOLAS J. HAGMAN*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com
*pro hac vice* anticipated

DANIELLE L. PERRY (292120)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW,
Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
dperry@masonllp.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANSAS GILLEO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC., *et al.*,<br><br>Defendants. | Case No. 8:21-cv-01928-DOC-KES<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** |

[Caption continues on next page]

| | |
|---|---|
| ESTEBAN MORALES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC.,<br><br>Defendant. | Case No. 8:21-cv-01988-DOC-KES |
| DOUG WALLACE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC.,<br><br>Defendant. | Case No. 8:21-cv-01970-DOC-KES |
| BRETT RIGAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC.,<br><br>Defendant. | Case No. 8:21-cv-02004-DOC-KES |

Plaintiffs in four related cases, *Gilleo, et al. v. California Pizza Kitchen, Inc., et al.*, No. 8:2021-cv-01928-DOC-KES ("*Gilleo*"); *Morales v. California Pizza Kitchen, Inc.*, No. 8:21-cv-01988-DOC-KES ("*Morales*"); *Wallace et al. v. California Pizza Kitchen, Inc.*, No. 8:21-cv-01970-DOC-KES ("*Wallace*"); and *Rigas, et al. v. California Pizza Kitchen, Inc.*, Case No. 8:21-cv-02004-DOC-KES ("*Rigas*")[1] (collectively, "Plaintiffs"), and Defendant California Pizza Kitchen, Inc. ("Defendant" or "CPK" and, together with Plaintiffs, the "Parties"), through their respective counsel of record, hereby stipulate and respectfully request the Court enter an Order consolidating these actions for all purposes, and setting deadlines for the filing of motions for the appointment of Interim Class Counsel pursuant to Federal Rule of Civil procedure 23(g)(3) and a Consolidated Complaint. In support of this Stipulation and [Proposed] Order, the Parties state as follows:

WHEREAS, the above-captioned *Gilleo*, *Morales*, *Wallace*, and *Rigas* actions currently are pending in this District and arise out of the same or similar operative facts;

WHEREAS, *Gilleo*, the first filed case, was assigned to the Honorable David O. Carter;

WHEREAS, *Morales*, *Wallace*, and *Rigas* (collectively, with *Gilleo*, the "Related Actions"), filed thereafter, have been reassigned to the Honorable David O. Carter as related cases pursuant to General Order 21-01-Related Case, *see Morales*, ECF No. 4; *Wallace*, ECF No. 9; and *Rigas*, ECF No. 10;

WHEREAS, all four Related Actions name CPK as the sole Defendant and purport to represent the same putative nationwide class, or in the alternative, state classes, consisting of all persons whose personally identifying information was

---

[1] There is a fifth related case, *Kirsten, et al. v. California Pizza Kitchen, Inc.*, No. 2:21-cv-09578-DOC-KES, but the parties to this stipulation were unable to obtain agreement to this stipulation from plaintiffs in that action.

1

1. accessed during a breach of CPK's information systems, and assert substantially the same nationwide and state-law claims;

WHEREAS, the Related Actions have been deemed "related" under the Local Rules;

WHEREAS, the Parties agree that the Related Actions should be consolidated in an effort to assure consistent rulings and decisions on substantially the same factual and legal issues affecting almost identical putative classes, and to avoid unnecessary duplication of effort and resources. Accordingly, all counsel for the Parties to the Related Actions jointly stipulate and request that the Court enter an Order consolidating the Related Actions and order the filing of a single Consolidated Complaint; and

WHEREAS, the Parties agree that it would be duplicative and wasteful of the Court's and the Parties' resources for Defendant to be required to respond to the complaints in the Related Actions prior to the filing of a Consolidated Complaint, should the Court order the requested consolidation;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, and the Parties request, that the Court order the following:

1. The Related Actions are consolidated for all purposes (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42-1.

2. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Master File No. 8:21-cv-01928-DOC-KES, the number assigned to the first-filed case and reflect the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION | Master File No. 8:21-cv-01928-DOC-KES |
|---|---|

This Document Relates to:

3. The case file for the Consolidated Action shall be maintained under Master File No. 8:21-cv-01928-DOC-KES. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above.

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that a later-filed case is related, the clerk is directed to:

  a. Place a copy of this Order in the separate file for such action;
  b. Serve on Plaintiffs' counsel in the new case a copy of this Order;
  c. Direct that this Order be served upon defendants in the new case; and
  d. Make appropriate entry in the Master Docket.

6. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 10 pages, not including any supporting evidence, and e-filed in

1 | the Master File No. 8:21-cv-01928-DOC-KES within thirty (30) days after the date
2 | the Court enters a Consolidation Order.

3     7.     No later than twenty-eight (28) days following the entry of an order appointing Interim Class Counsel, Plaintiffs shall file a Consolidated Complaint, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Actions.

    8.     Defendant shall file have twenty-eight (28) days from the filing of the Consolidated Complaint to answer, move or otherwise respond to the Consolidated Complaint. Should Defendant move to dismiss, the Parties will comply with Local Rules 7-3 through 7-10 with the following clarifications and/or adjustments:

       a.     Any opposition to a motion to dismiss shall be filed and served within twenty-eight (28) days of the filing of the motion to dismiss;

       b.     Any reply brief shall be filed and served within fourteen (14) days of the filing of the opposition.

    9.     Defendant's deadlines to respond to the complaints currently pending in each of the Related Actions are held in abeyance until after the Consolidated Complaint is filed, at which point a response to the previously filed complaints would be moot.

DATED: February 14, 2022        **SIRI & GLIMSTAD LLP**

/s/ Mason Barney
MASON BARNEY

MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967

4

mbarney@sirillp.com
sjain@sirillp.com

NICHOLAS ARMER (330577)
**SIRI & GLIMSTAD LLP**
700 S Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
narmer@sirillp.com

*Attorneys for Plaintiff Gilleo and Rusen*

DATED:  February 14, 2022     **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

/s/ Daniel O. Herrera

DANIEL O. HERRERA (*pro hac vice* anticipated)
NICKOLAS J. HAGMAN (*pro hac vice* anticipated)
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

BRYAN L CLOBES
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800
bclobes@caffertyclobes.com

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Adam Tamburelli (SBN 301902)

5

|   |   |   |
|---|---|---|
| 1 | | atamburelli@baronbudd.com |
| 2 | | **BARON & BUDD, P.C.** |
| | | 15910 Ventura Boulevard, Suite 1600 |
| 3 | | Encino, California 91436 |
| 4 | | Telephone: (818) 839-2333 |
| | | Facsimile: (818) 986-9698 |
| 5 | | |
| 6 | | *Attorneys for Plaintiff Morales* |
| 7 | DATED:  February 14, 2022 | **THE RUDD LAW FIRM** |
| 8 | | |
| | | /s/ Christopher L. Rudd |
| 9 | | |
| 10 | | CHRISTOPHER L. RUDD (SBN 130713) |
| | | S. MARTIN KELETI (SBN 144208) |
| 11 | | 4650 Sepulveda Boulevard, Suite 205 |
| 12 | | Sherman Oaks, CA 91403 |
| | | Phone: (310) 633-0705 |
| 13 | | Fax: (310) 359-0258 |
| 14 | | clrudd@ruddlawla.com |
| | | s.martin.keleti@gmail.com |
| 15 | | |
| 16 | | DANIELLE L. PERRY (SBN 292120) |
| | | **MASON LIETZ & KLINGER LLP** |
| 17 | | 5101 Wisconsin Avenue NW, Suite 305 |
| 18 | | Washington, DC 20016 |
| | | Phone: (202) 429-2290 |
| 19 | | Fax: (202) 429-2294 |
| 20 | | dperry@masonllp.com |
| 21 | | *Attorneys for Plaintiffs Wallace and Meza* |
| 22 | | |
| 23 | DATED:  February 14, 2022 | **WOLF HALDENSTEIN ADLER** |
| 24 | |   **FREEMAN & HERZ LLP** |
| 25 | | */s/ Rachele R. Byrd* |
| 26 | |         RACHELE R. BYRD |
| 27 | | BETSY C. MANIFOLD (182450) |
| 28 | | |

6

| | | |
|---|---|---|
| 1 | | RACHELE R. BYRD (190634) |
| 2 | | ALEX TRAMONTANO (276666) |
| | | 750 B Street, Suite 1820 |
| 3 | | San Diego, CA 92101 |
| 4 | | Telephone: (619) 239-4599 |
| | | Facsimile: (619) 234-4599 |
| 5 | | manifold@whafh.com |
| 6 | | byrd@whafh.com |
| | | tramontano@whafh.com |

*Attorneys for Plaintiffs Rigas and Diaz*

DATED: February 14, 2022   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/* Jon P. Kardassakis
_____

Jon P. Kardassakis (SBN 09602)
*Jon.Kardassakis@lewisbrisbois.com*
Michael K. Grimaldi (SBN 280939)
*Michael.Grimaldi@lewisbrisbois.com*
David Artsvelian (SBN 338733)
*David.Artsvelian@lewisbrisbois.com*

633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel.: 213.250.1800
Fax: 213.250.7900

*Counsel for Defendant California Pizza Kitchen, Inc.*

7

## ATTESTATION OF CONCURRENCE IN FILING

In accord with the Central District of California Local Rule 5-4.3.4(a)(2)(i), I, Nicholas Armer, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

DATED: February 14, 2022         */s/* Nicholas Armer
                                 NICHOLAS ARMER

27962v5