1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10

11  KANSAS GILLEO, et al.,

12              Plaintiffs,

13      v.

14  CALIFORNIA PIZZA KITCHEN, INC., *et al*.,

15

16              Defendants.

Case No. 8:21-cv-01928-DOC-KES

**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED ACTIONS** [20]

17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed the Parties' Stipulation, and good cause appearing therefore, hereby ORDERS as follows:

1. The *Gilleo*, *Wallace*, *Morales*, and *Rigas* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42-1 before the Honorable David O. Carter (hereafter the "Consolidated Action") under the low-number case, 8:21-cv-01928-DOC-KES. Any party or counsel not listed on the low number case shall file a Notice of Appearance in that case. Case Nos. 8:21-cv-01970-DOC-KES, 8:21-cv-01988-DOC-KES, and 8:21-cv-02004-DOC-KES are hereby administratively closed. No further filings shall be filed in those cases.

2. All papers filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>_____ | Master File No. 8:21-cv-01928-DOC-KES |
|---|---|

3. The case file for the Consolidated Action shall be maintained under Master File No. 8:21-cv-01928-DOC-KES. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately

after the words "This Document Relates To:" in the caption identified above, for example, "8:21-cv-01970-DOC-KES (*Wallace*)."

4. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall promptly file a Notice of Related Action pursuant to C.D. Cal. L.R. 83-1.3 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. direct that this Order be served on defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

5. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 10 pages, not including any supporting evidence, and e-filed in the Master File No. 8:21-cv-01928-DOC-KES within thirty (30) days after the date the Court enters a Consolidation Order.

6. No later than twenty-eight (28) days following the entry of an order appointing Interim Class Counsel, Plaintiffs shall file a Consolidated Complaint, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Actions.

7. Defendant shall file have twenty-eight (28) days from the filing of the Consolidated Complaint to answer, move or otherwise respond to the Consolidated Complaint. Should Defendant move to dismiss, the Parties will comply with Local Rules 7-3 through 7-10 with the following clarifications and/or adjustments:

     a.    Any opposition to a motion to dismiss shall be filed and served within twenty-eight (28) days of the filing of the motion to dismiss;

     b.    Any reply brief shall be filed and served within fourteen (14) days of the filing of the opposition.

8. Defendant's deadlines to respond to the complaints currently pending in each of the Related Actions are held in abeyance until after the Consolidated Complaint is filed, at which point a response to the previously filed complaints would be moot.

**IT IS SO ORDERED.**

DATED: February 15, 2022

*David O. Carter*

HON. DAVID O. CARTER
United States District Judge