MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

DANIELLE L. PERRY (292120)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW,
Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
dperry@masonllp.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 8:21-cv-01928-DOC-KES<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

IT IS HEREBY STIPULATED by and between Plaintiffs in this consolidated class action and Defendant California Pizza Kitchen, Inc. ("Defendant" or "CPK" and, together with Plaintiffs, the "Parties"), through their designated counsel, as follows:

WHEREAS, on February 15, 2022, the Court entered an Order Granting Stipulation to Consolidate Related Actions (ECF No. 16) (the "Order"), which also provided a deadline for applications to be appointed Interim Class Counsel or other designated counsel within thirty (30) days after the date of the Order, or March 17, 2022;

WHEREAS, the Order also provided that Plaintiffs shall file a Consolidated Complaint no later than twenty-eight (28) days following the entry of an order appointing Interim Class Counsel;

WHEREAS, the Order also provided that Defendant shall have twenty-eight (28) days from the filing of the Consolidated Complaint to answer, move or otherwise respond to the Consolidated Complaint and set a briefing schedule on any motion to dismiss filed by Defendant;

WHEREAS, the Parties participated in a full day of mediation with Bruce Friedman, Esq. of JAMS on March 10, 2022, and another half day of mediation on March 15, 2022, and the Parties reached a class action settlement in principle;

WHEREAS, on March 16, 2022, pursuant to Civil Local Rule 16-15.7, the Parties notified the Court, with an email to Judge Carter's Courtroom Deputy, that they have reached a settlement in principle;

WHEREAS, the Parties are focusing their efforts on expeditiously preparing a Settlement Agreement, a Motion for Preliminary Approval, and supporting materials for that filing;

NOW, THEREFORE, considering the settlement reached by the Parties, they, through their counsel of record, STIPULATE TO AND RESPECTFULLY

1  REQUEST that the Court stay the action, except for Plaintiffs' motions for
2  preliminary and final approval of the settlement and any deadlines connected thereto,
3  and set a deadline for the filing of Plaintiffs' Motion for Preliminary approval forty-
4  five (45) days after entry of an Order approving this Stipulation.

DATED:   March 16, 2022  **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Rachele R. Byrd*
　　　RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

NICHOLAS ARMER (330577)
**SIRI & GLIMSTAD LLP**
700 S Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
narmer@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

|    |                              |                                                                                      |
|----|------------------------------|--------------------------------------------------------------------------------------|
| 1  |                              | dherrera@caffertyclobes.com                                                          |
| 2  |                              | nhagman@caffertyclobes.com                                                           |
| 3  |                              | BRYAN L CLOBES<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**                      |
| 4  |                              | 205 N. Monroe St.<br>Media, Pennsylvania 19063                                       |
| 5  |                              | Telephone: (215) 864-2800<br>bclobes@caffertyclobes.com                              |
| 6  |                              |                                                                                      |
| 7  |                              | ROLAND TELLIS (SBN 186269)<br>ADAM TAMBURELLI (SBN 301902)<br>atamburelli@baronbudd.com |
| 8  |                              | **BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600                        |
| 9  |                              | Encino, California 91436<br>Telephone: (818) 839-2333                                |
| 10 |                              | Facsimile: (818) 986-9698<br>rtellis@baronbudd.com                                   |
| 11 |                              |                                                                                      |
| 12 |                              | ALEX R. STRAUS (SBN 321366)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**    |
| 13 |                              | 280 S. Beverly Drive<br>Beverly Hills, CA  90212                                     |
| 14 |                              | Telephone:  917-471-1894<br>Facsimile:  865-522-0049                                 |
| 15 |                              | astraus@milberg.com                                                                  |
| 16 |                              | DANIELLE L. PERRY (SBN 292120)<br>**MASON LIETZ & KLINGER LLP**                      |
| 17 |                              | 5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC 20016                          |
| 18 |                              | Phone: (202) 429-2290<br>Fax: (202) 429-2294                                         |
| 19 |                              | dperry@masonllp.com                                                                  |
| 20 |                              | *Attorneys for Plaintiffs*                                                           |
| 21 | DATED:  March 16, 2022       | **LEWIS BRISBOIS BISGAARD**                                                          |
| 22 |                              | **& SMITH LLP**                                                                      |
| 23 |                              | */s/Michael K. Grimaldi*                                                             |
| 24 |                              |         MICHAEL K. GRIMALDI                                                          |
| 25 |                              | JON P. KARDASSAKIS (SBN 09602)                                                       |
| 26 |                              | MICHAEL K. GRIMALDI (SBN 280939)<br>DAVID ARTSVELIAN (SBN 338733)                    |
| 27 |                              | Jon.Kardassakis@lewisbrisbois.com<br>Michael.Grimaldi@lewisbrisbois.com              |
| 28 |                              |                                                                                      |

David.Artsvelian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel.: 213.250.1800
Fax: 213.250.7900

*Counsel for Defendant California Pizza Kitchen, Inc.*

## **ATTESTATION OF CONCURRENCE IN FILING**

In accord with the Central District of California Local Rule 5-4.3.4(a)(2)(i), I, Rachele R. Byrd, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

DATED: March 16, 2022                         */s/ Rachele R. Byrd*
                                                            RACHELE R. BYRD

28180