UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 8:21-cv-01928-DOC-KES<br><br>**ORDER GRANTING STIPULATION STAYING DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT [29]** |
|---|---|

The Court, having reviewed the Parties' Stipulation and Proposed Order Staying Deadlines Pending Final Approval of Class Action Settlement, and good cause appearing therefore, hereby ORDERS as follows:

In light of the settlement in principle reached by the Parties, this action is stayed, except for Plaintiffs' motions for preliminary and final approval of the settlement and any deadlines connected thereto. Plaintiffs shall file their motion for preliminary approval of the settlement within forty-five (45) days of entry of this Order.

**IT IS SO ORDERED.**

DATED:  March 17, 2022

*David O. Carter*

HON. DAVID O. CARTER
United States District Judge

1