MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

DAVID K. LIETZ (*pro hac vice* filed)
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN PLLC**
5335 Wisconsin Avenue NW,
Suite 440
Washington, DC 20015
Phone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

[additional counsel listed on signature page]

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 8:21-cv-01928-DOC-KES<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** June 13, 2022<br>**TIME:** 8:30 a.m.<br>**COURTROOM:** 10 A<br>**JUDGE:** Hon. David O. Carter |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 13, 2022, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10A, Santa Ana, CA, 92701-4516, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement ("Motion") on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and the exhibits thereto ("Byrd Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, filed concurrently herewith; preliminarily approving the settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits B and C thereto; appointing Epiq Class Action and Claims Solutions, Inc. to serve as the Settlement Administrator; appointing Plaintiffs as Class Representatives and their attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

      This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation on March 10 and March 15, 2022, and at numerous times and on numerous dates thereafter.

DATED: May 2, 2022          Respectfully Submitted,

_____

MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

BRYAN L CLOBES
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800
bclobes@caffertyclobes.com

ROLAND TELLIS (SBN 186269)
ADAM TAMBURELLI (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
bclobes@caffertyclobes.com

David K. Lietz (*pro hac vice* filed)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

ALEX R. STRAUS (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: 917-471-1894
Facsimile: 865-522-0049
astraus@milberg.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs and the Proposed Classes*