# **EXHIBIT B**

# If you were sent notice of a data security event by California Pizza Kitchen on or about November 15, 2021, you may be eligible for benefits from a class action settlement.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web*

A settlement has been proposed in consolidated class action lawsuits against California Pizza Kitchen, Inc. ("CPK") pertaining to the cyber attack on certain systems within CPK's computing environment, during which unauthorized third parties were able to access certain files containing the personal information of current and former employees (the "Data Security Incident"). The computer files affected by the Data Security Incident potentially accessed contained names and Social Security numbers for some individuals.

The Consolidated Cases claim CPK was responsible for the increased risk of identity theft stemming from the Data Security Incident and asserts claims including: (i) negligence; (ii) negligence *per se*; (iii) declaratory judgment; (iv) violation of the New York General Business Law; (v) violation of California's Unfair Competition Law; (vi) violation of California's Consumer Records Act; (vii) violation of California's Consumer Privacy Act, (viii) breach of implied contract; (ix) breach of confidence; (x) bailment; and (xi) violation of state data breach statutes. The Consolidated Cases seek, among other things, payment for persons who were injured by the Data Security Incident. CPK denies all these claims.

**Who is Included?** If you received notice of the Data Security Incident from CPK on or about November 15, 2021, you are a part of the class, and may be eligible for a payment.

**Settlement Benefits.** The Settlement provides for two years of three-bureau credit monitoring for any Settlement Class Member who submits a valid claim and enrolls. The settlement also provides for three types of payments to people who submit valid and approved claims: (1) reimbursement of up to $1,000 in ordinary documented out of pocket expenses and lost time incurred (up to 3 hours at $20/hr.) as a result of the Data Security Incident; (2) reimbursement of up to $5,000 in extraordinary documented expenses incurred from identity theft more likely than not caused by the Data Security Incident; and (3) a $100 California statutory damages award to residents of the State of California who submit valid claims (also included in the $1,000 ordinary loss cap). CPK has and will also be taking steps to improve its data security, and the costs of these steps will be borne entirely by CPK.

**The Only Way To Receive A Benefit Is To File A Claim.** To get a Claim Form, visit [**WEBSITE**] or [**TELEPHONE**#]. The claim deadline is [**DATE**].

**Other Options.** If you do nothing, you will remain in the class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue CPK for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by [**DATE**]. If you stay in the Settlement, you may object to it by [**DATE**]. A more detailed notice is available to explain how to exclude yourself or object. Please visit the website or call [**TELEPHONE #**] for a copy of the more detailed notice. On [**DATE**], the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees and costs of $800,000 and an incentive award of $2,000 for each Class Representative. The motion for attorneys' fees and costs will be posted on the website after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the website below.

For more information about the Settlement, visit [**WEBSITE**] or call [**TELEPHONE**#].
**All capitalized terms in this notice are defined in the Settlement Agreement**