# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 21-01928-DOC-KES             Date: May 5, 2022

Title: KANSAS GILLEO ET AL. V. CALIFORNIA PIZZA KITCHEN, INC. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER SETTING HEARINGS ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR APPOINTMENT OF CLASS COUNSEL [31, 44]**

     Based on counsel's unavailability on the originally-scheduled date and in the interests of efficiency, the Court sets hearings on the Motion for Preliminary Approval of Class Action Settlement (Dkt. 44) and the Motion for Appointment of Class Counsel (Dkt. 31)for June 9, 2022 at 8:30 am.

     The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN