MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015
Phone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 8:21-cv-01928-DOC-KES<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**<br><br>DATE: November 3, 2022<br>TIME: 7:30 a.m.<br>COURTROOM: 10 A<br>JUDGE: Hon. David O. Carter |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 3, 2022, at 7:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10A, Santa Ana, CA, 92701-4516, Plaintiffs will and hereby do move this Court for an Order pursuant to Rules 23(h)(1) and 54(d)(2) of the Federal Rules of Civil Procedure awarding: (i) Attorneys' Fees and expenses to Class Counsel in the amount of $800,000; and (ii) service awards of $2,000 for each Representative Plaintiff. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation on March 10, 2022, and March 15, 2022, and at numerous times and on numerous dates thereafter.

This motion is based upon this Motion, the Memorandum of Points and Authorities, the accompanying joint and individual declarations of Rachele R. Byrd, Mason A. Barney, Daniel O. Herrera, and David K. Lietz, and the exhibits attached thereto, the pleadings on file in this Action, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated:  September 14, 2021         **SIRI & GLIMSTAD LLP**

*/s/ Mason A. Barney*
           MASON A. BARNEY

MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
200 Park Avenue, Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599

Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

BRYAN L CLOBES
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800
bclobes@caffertyclobes.com

ROLAND TELLIS (SBN 186269)
ADAM TAMBURELLI (SBN 301902)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
atamburelli@baronbudd.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

ALEX R. STRAUS (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA  90212
Telephone:  917-471-1894
Facsimile:  865-522-0049
astraus@milberg.com

*Attorneys for Plaintiffs*

-2-