| | |
|---|---|
| 1 | MASON BARNEY (*pro hac vice*) |
| | SONAL JAIN (*pro hac vice*) |
| 2 | **SIRI & GLIMSTAD LLP** |
| | 200 Park Avenue |
| 3 | Seventeenth Floor |
| | New York, NY 10166 |
| 4 | Telephone: 212-532-1091 |
| | Facsimile: 646-417-5967 |
| 5 | mbarney@sirillp.com |
| | sjain@sirillp.com |
| 6 | |
| 7 | DANIEL O. HERRERA (*pro hac vice*) |
| | NICKOLAS J. HAGMAN (*pro hac vice*) |
| 8 | **CAFFERTY CLOBES** |
| | **MERIWETHER & SPRENGEL LLP** |
| 9 | 135 S. LaSalle, Suite 3210 |
| | Chicago, Illinois 60603 |
| 10 | Telephone: (312) 782-4880 |
| | Facsimile: (312) 782-4485 |
| 11 | dherrera@caffertyclobes.com         BETSY C. MANIFOLD (182450) |
| | nhagman@caffertyclobes.com        RACHELE R. BYRD (190634) |
| 12 |                                                                ALEX TRAMONTANO (276666) |
| | DAVID K. LIETZ (*pro hac vice* filed)  **WOLF HALDENSTEIN ADLER** |
| 13 | **MILBERG COLEMAN BRYSON**        **FREEMAN & HERZ LLP** |
| | **PHILLIPS GROSSMAN PLLC**           750 B Street, Suite 1820 |
| 14 | 5335 Wisconsin Avenue NW,               San Diego, CA 92101 |
| | Suite 440                                                Telephone: (619) 239-4599 |
| 15 | Washington, DC 20015                          Facsimile: (619) 234-4599 |
| | Phone: (866) 252-0878                           manifold@whafh.com |
| 16 | Fax: (202) 686-2877                                byrd@whafh.com |
| | dlietz@milberg.com                                tramontano@whafh.com |
| 17 | |
| 18 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION | Master File No. 8:21-cv-01928-DOC-KES |
| This Document Relates To: All Actions | **DECLARATION OF MASON A. BARNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS** |
| | DATE: November 3, 2022 |
| | TIME: 7:30 a.m. |
| | COURTROOM: 10 A |

| | | JUDGE: | Hon. David O. Carter |
|---|---|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGE: Hon. David O. Carter

I, Mason A. Barney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and a partner with Siri & Glimstad LLP ("Siri & Glimstad"). Siri & Glimstad, Wolf Haldenstein, Milberg Coleman Bryson Phillips Grossman, PLLC, and Cafferty Clobes Meriwether & Sprengel LLP (collectively, "Class Counsel") represent Plaintiffs Kansas Gilleo, Sydney Rusen, Esteban Morales, Douglas Wallace, Brett Rigas, and Evencio Diaz (collectively, "Plaintiffs") and the Settlement Class in this action against California Pizza Kitchen, Inc. ("CPK" or "Defendant").[1] I submit this declaration in support of Plaintiffs' Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs.

2. The following facts are based upon my personal knowledge and if called upon to do so, I could, and would, competently testify thereto.

3. A description of my firm, its professional staff dedicated to consumer class litigation, and our experience in the area of class action litigation is attached hereto as **Exhibit A**.

4. I have significant and extensive litigation experience, having been a litigator since 2006, and having been involved in class action and other representative litigation since I joined Siri & Glimstad in 2017.

5. I understand from the Settlement Administrator that as of September 9, 2022, it had received 1,256 claim forms. However, there are still more than six weeks remaining until the October 27, 2022, cut off, and from my experience I expect Class Members will submit forms at increasing rates as the claims deadline approaches

6. The work done by my firm in this case includes, among other things: investigating the case; drafting and filing the complaint; consolidating four of the

---

[1] The "Settlement Class" is defined as "All persons who were sent notice of the Data Security Incident announced by defendant on or about November 15, 2021." *See* paragraph 1 of the Settlement Agreement and Release ("SA"), attached as Exhibit 1 to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, ECF No. 44-3.

related cases before this Court; preparing for and attending multiple days of mediation; obtaining post-mediation confirmatory discovery; assisting in negotiating a complex Settlement Agreement; reviewing and revising said Settlement Agreement; drafting and/or reviewing and editing the motion for preliminary approval, declaration in support, and proposed order as well as the reply brief and declarations in support thereof; attending the hearing on Plaintiffs' motion for preliminary approval and being prepared to testify if necessary; working in concert with the Settlement Administrator; monitoring the notice and claims administration; respondent to Class Members' inquires; drafting and/or reviewing and revising the preparation of the concurrently-filed motion for attorneys' fees.

7. Furthermore, in an effort to increase the reach of the notice program, in cooperation with Defendant and at my direction, staff at Siri & Glimstad utilized the social media sites LinkedIn, Facebook, TikTock, and Instagram to make posts (whose language was agreed to in advance with Defendant) in groups and on pages that were likely to include former or current CPK employees (*i.e.*, the Class Members).

8. Additional time will be spent to: respond to any objections, to prepare for and attend the fairness hearing and obtain final approval, to defend any appeals taken from the final judgment approving settlement if such appeals are taken, to respond to inquiries from Class Members about the case and the Settlement, and ensure that the distribution of settlement proceeds to Class Members is done in a timely manner in accordance with the terms of the Settlement. I assert that the attorneys' fees sought in the motion for attorneys' fees are reasonable and that Class Counsel seek fair and reasonable compensation for undertaking this case on a contingency basis, and for obtaining the relief for Plaintiffs and the Class. Throughout this action, we have been challenged by highly experienced and skilled counsel who deployed substantial resources on Defendant's behalf.

9. My firm kept detailed records regarding the amount of time its attorneys and professional staff spent on this litigation, and the lodestar calculation is based on my firm's current billing rates. The information was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Based upon these records, my firm has expended 286.00 hours on this litigation as of September 8, 2021, which, multiplied by the current hourly rates of the attorneys and other professionals, amounts to $142,197.50 in lodestar. The chart attached hereto as **Exhibit B** reflects a breakdown of the amount of time spent by myself and members of my firm in the prosecution of this case.

10. In my judgment, and based on my years of experience in class action litigation and other litigation, the number of hours expended, and the services performed by my firm, were reasonable and necessary for my firm's representation of Plaintiffs and the Class.

11. I have general familiarity with the range of hourly rates typically charged by plaintiffs' class action counsel in the geographical area where my firm practices and throughout the United States, both on a current basis and historically. From that basis, I am able to conclude that the rates charged by my firm are within the range of market rates charged by attorneys and professional staff of equivalent experience, skill and expertise for legal services furnished in complex contingency class action litigation such as this.

12. The hourly rates of the professionals in my firm, including my own, reflect experience and accomplishments in the area of class litigation. Those raise increased between 2021 and 2022 as is customary for my firm based on the biller's experience and position within the firm. The rate of $725 per hour which I currentlly charge for my time is commensurate with hourly rates charged by my contemporaries around the country, including those rates charged by lawyers with my level of experience who practice in the area of class litigation across the nation, and courts have approved my firm's rates in the following examples: *Buchanan v.*

*Sirius XM Radio, Inc.*, Case No. 3:17-cv-00728, ECF No. 129 (N.D. Tex. Jan. 28, 2020); *Thomas v. Dun & Bradstreet Credibility Corp.*, Case No. 15-cv-3194, ECF No. 80 (C.D. Cal. March 22, 2017); *Kindle v. Dejana*, No. 14-cv-06784, ECF No. 166 (E.D.N.Y. July 31, 2018); *Gatto v. Sentry Services, Inc., et al.*, Case No. 13 CIV 05721, ECF No. 199 (S.D.N.Y. Nov. 11, 2015).   These rates reflect the risk undertaken due to contingency representation of the Plaintiffs given that the firm bore the risk of no payment at all for its services during this litigation.

13. My firm expended a significant amount of time litigating this case and securing the Settlement for the Class.  I took meaningful steps to ensure the efficiency of our work and to avoid duplication of efforts.  I expect to maintain a high level of oversight and involvement in this process; therefore, my firm anticipates incurring significant additional lodestar in the future.

14. The time described above does not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.  Based upon my firm's records, Siri & Glimstad incurred $5,267.50 in expenses.  These costs were necessary to the investigation, prosecution, and settlement of this Action.  A breakdown of my firm's costs and expenses, which I assert are reasonable and were entirely self-funded, are pulled from a computerized database maintained by individuals in the accounting office of my firm and which were checked for accuracy, are reflected below.

| Description | Total Amount |
|---|---:|
| **Court Fee** | $1,402.00 |
| **Mediation** | $1,750.00 |
| **Postage** | $239.58 |
| **Research** | $231.91 |
| **Travel** | $1,644.01 |
| **Total:** | $5,267.50 |

15. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. It is anticipated that costs will continue to accrue, including, but not limited to, costs associated with preparation of the motion for final approval of the Settlement

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September, 2022, at New York, New York.

                                         */s/ Mason A. Barney*
                                         MASON A. BARNEY

**Exhibit A**

Siri | Glimstad

NEW YORK | LOS ANGELES | MIAMI
PHOENIX | DETROIT | DENVER | AUSTIN

200 Park Avenue, 17th Floor, New York, NY 10166
sirillp.com | P: (212) 532-1091 | F: (646) 417-5967

# Firm Resume
## Class Action Practice Group

With attorneys across the country, Siri & Glimstad LLP represents clients from coast to coast in class actions, mass torts, and individual actions in state and federal courts. Utilizing decades of experience at major global law firms, we tackle each dispute with a sophisticated, strategic approach, and we fight hard for every one of our clients.

## Attorney Profiles

**Aaron Siri**
**Managing Partner**

Aaron Siri is the Managing Partner of Siri & Glimstad LLP and has extensive experience in a wide range of complex civil litigation matters, with a focus on civil rights, class actions, and commercial litigation.

Mr. Siri has successfully litigated numerous civil rights cases, prosecuted class actions against large corporations resulting in payments to hundreds of thousands of Americans, and has acted as counsel to clients in multiple commercial disputes exceeding one billion dollars, including regarding Oracle Team's challenge for the America's Cup and the collapse of the World Trade Center.

Prior to founding Siri & Glimstad, Mr. Siri was a litigation attorney at Latham & Watkins for over five years.  Before Latham, Mr. Siri clerked for the Chief Justice of the Supreme Court of Israel from 2004-2005 where he advised the Chief Justice of relevant American, English (including Commonwealth Countries), and International Law precedents for cases of first impression.

Mr. Siri has also been involved in various pro-bono matters, including representation of asylum applicants, housing discrimination victims, and non-profit organizations in tenant-landlord disputes, as well as being chosen as a Frank C. Newman delegate to present a paper he authored before the United Nations Human Rights Sub-Commission.

Mr. Siri earned his law degree at the University of California, Berkeley School of Law where he received four Prosser Prizes and ten High Honors. He was also the Editor-in-Chief and founder of the Berkeley Business Law Journal, which

he developed into a nationally recognized publication, and was ranked as the leading commercial law journal in the country.

Prior to law school, Mr. Siri was an auditor at Arthur Andersen LLP, where he examined internal controls and audited corporate documents for private and public micro-cap technology companies. Mr. Siri is a Certified Public Accountant and an attorney admitted in federal and state courts across the country.

Mr. Siri is regularly interviewed on television, including by Fox News and Newsmax TV, for his expertise regarding certain legal issues. He has also been published in the Washington Post, Stat News, and Bloomberg.

**Mason A. Barney**
**Partner**

Mason A. Barney is an experienced trial attorney who for the past decade has represented large and small companies, along with individuals, in complex commercial litigations. Mr. Barney also applies his experience as a litigator to assisting his clients in transactional matters.

Mr. Barney received his J.D., summa cum laude from Brooklyn Law School, in 2005. He served as a law clerk to the Honorable David G. Trager in the U.S. District Court for the Eastern District of New York. After clerking, he was a member of the litigation departments at Latham & Watkins LLP and then Olshan Frome Wolosky LLP for a total of ten years. Before law school, Mr. Barney earned his B.A. from Bowdoin College, where he double majored in Computer Science and Studio Art, and after college he served as a lead database developer for three years at a successful Internet start-up in Washington D.C.

Mr. Barney has appeared in the New York Super Lawyers Rising Stars list, a Thomson Reuters lawyer rating service for lawyers under 40. In addition to his commercial practice, Mr. Barney was recognized by the New York Legal Aid Society for his outstanding work representing poor and indigent individuals in pro bono matters. Such matters concerned prisoners' rights, immigration, and special education.

Mr. Barney has also published a number of articles concerning a variety of legal issues. These include authoring or co-authoring: *The FBI vs. Apple: What Does the Law Actually Say?*, Inc. Magazine (February 2016); *Can Lawyers Be Compelled to Produce Data They Compile? An Emerging Front in the Trenches of e-Discovery Battles*, Bloomberg BNA (May 2015); *Legal Landscape for Cybersecurity Risk is Changing as Federal Government and SEC Take Action*, Inside Counsel Magazine (May 2015); *Tellabs v. Makor, One Year Later*, Securities Law 360 (July 2008); *Not as Bad as We Thought: The Legacy of Geier v. American Honda Motor Co.in Product Liability Actions*, 70 Brooklyn L. Rev. 949 (Spring 2005). Mr. Barney is an adjunct professor at the City University of

New York, teaching Education Law in its graduate studies program, and separately has presented continuing legal education instruction regarding the Foreign Corrupt Practices Act.

**Elizabeth Brehm**
**Partner**

Elizabeth Brehm graduated from Boston University with a Bachelor of Science and earned her master's degree from Long Island University at C.W. Post. She attended Hofstra Law School and obtained a Juris Doctorate, graduating *magna cum laude*, in 2008.

After law school, Ms. Brehm spent a year at Winston & Strawn LLP where she focused on products liability litigation. For nine years prior to joining Siri & Glimstad, Ms. Brehm worked for a New York law firm where she focused on antitrust class action lawsuits, securities fraud, and qui tam and whistleblower litigations.

**Sean Nation**
**Associate**

Sean Nation is an attorney who represents individuals and institutions in complex litigation from case development through trial and appeal. Mr. Nation represents plaintiffs in class actions involving antitrust, consumer, and securities claims. In addition, Sean has an extensive history representing individuals involved in civil rights claims as part of his commitment to pro bono work. He has had significant involvement in a variety of matters involving business disputes, patent litigation, and mass torts.

Mr. Nation obtained his law degree from New York University School of Law where he was Articles Editor for the Journal of Law and Liberty. He graduated from Emory University, magna cum laude, with a degree in political science and history.

Representative Matters:

*In re Solodyn Antitrust Litigation* – Served as counsel for End-Payor Plaintiffs from inception through trial. The case settled at the close of Plaintiffs' evidence, resulting in $43,000,000 for purchasers of Solodyn.

*In re Aggrenox Antitrust* Litigation – Served as counsel for End-Payor Plaintiffs, ultimately resulting in a $54,000,000 settlement.

*In re Diamond Foods* – Served with lead counsel for investors, securing a settlement worth $127 million for investors.

*In re ArthoCare Corp.* – Served with lead counsel for investors, securing a settlement worth $74 million for investors.

*In re Bank Overdraft Cases* – Served with Plaintiffs' steering committee to secure multi-million dollar settlements with multiple large banks for improperly reprocessing consumer transactions to maximize overdraft revenue.

*Adkins v. Facebook Inc.* – Served as Plaintiffs' liaison counsel, resulting in a settlement that altered the way Facebook tracks users across the internet.

**Ursula Smith**
**Associate**

Ursula Smith graduated from the University at Albany, SUNY with a Bachelor of Science graduating *summa cum laude*. She attended Northeastern University School of Law and obtained a Juris Doctor, graduating in 2013.

After law school, Ms. Smith served for seven years as a United States Navy Judge Advocate where she primarily focused on intelligence law and policy. Prior to joining Siri & Glimstad, Ms. Smith worked as an Assistant United States Attorney in the Southern District of Texas where she focused on immigration and trafficking crimes.

Prior to law school, Ms. Smith was an intelligence officer in the United States Navy and a mathematical statistician for the United States Census Bureau.

**Wendy Cox**
**Associate**

Prior to joining Siri & Glimstad, Ms. Cox served for 21 years in the United States Army as an Army Nurse Corps officer and as an Army Judge Advocate. As a nurse corps officer, Ms. Cox worked in several clinical settings to include a pediatric unit, a specialty surgical unit, and an orthopedic surgical unit. During her last year as an Army Nurse Corps officer, she taught Army medics in basic life saving skills before being selected by the Army to attend law school. After graduating law school in 2005, Ms. Cox prosecuted soldiers, advised on operational law issues, taught Constitutional Law at West Point, and advised senior leaders on a variety of legal issues. Following her retirement from the United States Army in 2018, she went on to continue serving soldiers as an attorney for the Office of Soldiers' Counsel.

Wendy Cox graduated cum laude from the State University at Buffalo Law School in New York and summa cum laude from Norwich University with a Bachelor of Science in Nursing. She went on to get her Master of Laws (L.L.M.) degree in Military Law in 2008.

**Catherine Cline**
**Associate**

      Catherine Cline has extensive experience in a wide range of civil law, including constitutional, administrative, employment, and election law. Prior to joining Siri & Glimstad, Ms. Cline served as a judicial law clerk for judges in the U.S. District Court for the Middle District of Pennsylvania, the Commonwealth Court of Pennsylvania, and the Supreme Court of Pennsylvania.

      Ms. Cline attended law school on a full tuition scholarship, during which time she served as the Editor-in-Chief of the law review and as intern for a U.S. District Court Judge in the Middle District of Florida. Before attending law school, Ms. Cline received her Bachelor of Arts in Economics with a Minor in Business and the Liberal Arts from Penn State University and worked in the Tax Credit Division of the Pennsylvania Department of Community and Economic Development

**Sonal Jain**
**Associate**

      Sonal Jain graduated from the New York University School of Law with an LLM in International Business Regulation, Litigation and Arbitration in 2020. She received her first degree in law (B.A. LL.B.) from ILS Law College, Pune, a prime legal education institution in India. Prior to joining Siri & Glimstad, Ms. Jain held various internships with top-tier law firms in India where she specialized in complex dispute resolution ranging from consumer and corporate litigation to domestic arbitrations.

<u>**Notable Class Actions Handled By Siri & Glimstad LLP**</u>

*In re: Herff Jones Data Breach Litigation*, Case No. 1:21-cv-01329 (S.D. Ind.) (obtained preliminary approval of a class settlement agreement that includes a settlement fund of $4,350,000 and, separate from the settlement fund, requires the defendant to pay for data security).
*Buchanan v. Sirius XM Radio, Inc.*, Case No. 3:17-cv-00728 (N.D. Tex.) (appointed co-class counsel in a case alleging violations of the TCPA which resulted in a settlement of $25,000,000, plus free satellite radio service).
*Thomas v. Dun & Bradstreet Credibility Corp.*, Case No. 15-cv-3194 (S.D. Cal.) (appointed co-class counsel in a case alleging violations of the TCPA which resulted in a settlement of $10,500,000).
*Gatto v. Sentry Services, Inc., et al.*, Case No. 13 CIV 05721 (S.D.N.Y.) (appointed co-class counsel in a case involving ERISA claims relating to an ESOP which resulted in a settlement of $11,138,938).

*Kindle v. Dejana*, No. 14-cv-06784 (E.D.N.Y.) (appointed co-counsel for plaintiffs in an ERISA matter filed as a class action involving breaches of fiduciary duty related to the management and termination of an ESOP which settled after the beginning of trial for $1,080,000 for the class).

# Exhibit B

| Timekeeper | 2021 Rate | 2021 Hours | 2022 Rate | 2022 Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Alcira Pena | | 0 | $225.00 | 1.1 | 1.1 | $247.50 |
| Ashley Plescia | $175.00 | 0.4 | | 0 | 0.4 | $70.00 |
| Caroline Tucker | | 0 | $625.00 | 2.6 | 2.6 | $1,625.00 |
| Christopher Czaplak | | 0 | $575.00 | 0.3 | 0.3 | $172.50 |
| Gina Mannella | $225.00 | 15.7 | $225.00 | 0.5 | 16.2 | $3,645.00 |
| Jennifer Malainy | $250.00 | 0.8 | | 0 | 0.8 | $200.00 |
| Kimberly Hertz | $225.00 | 1.2 | $250.00 | 3.5 | 4.7 | $1,145.00 |
| Mason Barney | $575.00 | 4.9 | $725.00 | 80.5 | 85.4 | $61,180.00 |
| Nicholas Armer | $475.00 | 41.2 | $575.00 | 20.1 | 61.3 | $31,127.50 |
| Nicky Tenney | $225.00 | 2.1 | $225.00 | 4.7 | 6.8 | $1,530.00 |
| Nicole Swope | | 0 | $175.00 | 56.9 | 56.9 | $9,957.50 |
| Sean Nation | | 0 | $675.00 | 41.2 | 41.2 | $27,810.00 |
| Sonal Jain | $475.00 | 1.3 | $575.00 | 3.7 | 5 | $2,745.00 |
| Song Williams | | 0 | $225.00 | 3.3 | 3.3 | $742.50 |
| | | | | Total: | 286 | $142,197.50 |

| Timekeeper | Title |
|---|---|
| Mason Barney | Partner |
| Sean Nation | Sr. Associate |
| Nick Armer | Associate |
| Sonal Jain | Associate |
| Caroline Tucker | Sr. Associate |
| Gina Manella | Paralegal |
| Alcira Pena | Paralegal |
| Ashley Plescia | Marketing Associate |
| Christopher Czaplak | Counsel |
| Kimberly Hertz | Sr. Paralegal |
| Jennifer Malainy | Sr. Marketing |
| Nicole Swope | Client Relations |
| Song Williams | Paralegal |
| Nicky Tenney | Paralegal |