MASON BARNEY (*pro hac vice*)
SONAL JAIN (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com
sjain@sirillp.com

DANIEL O. HERRERA (*pro hac vice*)
NICKOLAS J. HAGMAN (*pro hac vice*)
**CAFFERTY CLOBES**
  **MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

DAVID K. LIETZ (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015
Phone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs and the Settlement Class*
[additional counsel listed on signature page]

**THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CALIFORNIA PIZZA KITCHEN DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 8:21-cv-01928-DOC-KES<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** November 3, 2022<br>**TIME:** 7:30 a.m.<br>**COURTROOM:** 10 A<br>**JUDGE:** Hon. David O. Carter |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 3, 2022, at 7:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10A, Santa Ana, CA, 92701-4516, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

Plaintiffs base their Motion for Final Approval of Class Action Settlement ("Motion") on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto filed February 2, 2022 (ECF No. 44-3); the Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; the Declaration of Cameron R. Azari on Implementation and Adequacy of Notice Plan, filed on September 14, 2022 (ECF No. 68-6); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement and finally approving the settlement as fair, reasonable, and adequate.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation on March 10 and March 15, 2022, and at numerous times and on numerous dates thereafter.

DATED: October 6, 2022                Respectfully Submitted,

                                            **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                                            */s/ Rachele R. Byrd*
                                              RACHELE R. BYRD

| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| | RACHELE R. BYRD (190634) |
| 2 | ALEX TRAMONTANO (276666) |
| | 750 B Street, Suite 1820 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 239-4599 |
| 4 | Facsimile: (619) 234-4599 |
| | manifold@whafh.com |
| 5 | byrd@whafh.com |
| | tramontano@whafh.com |
| 6 | |
| | MASON BARNEY (*pro hac vice*) |
| 7 | SONAL JAIN (*pro hac vice*) |
| | **SIRI & GLIMSTAD LLP** |
| 8 | 200 Park Avenue, Seventeenth Floor |
| | New York, NY 10166 |
| 9 | Telephone: 212-532-1091 |
| | Facsimile: 646-417-5967 |
| 10 | mbarney@sirillp.com |
| | sjain@sirillp.com |
| 11 | |
| | DANIEL O. HERRERA (*pro hac vice*) |
| 12 | NICKOLAS J. HAGMAN (*pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER** |
| 13 | **& SPRENGEL LLP** |
| | 135 S. LaSalle, Suite 3210 |
| 14 | Chicago, Illinois 60603 |
| | Telephone: (312) 782-4880 |
| 15 | Facsimile: (312) 782-4485 |
| | dherrera@caffertyclobes.com |
| 16 | nhagman@caffertyclobes.com |
| 17 | |
| | BRYAN L CLOBES |
| 18 | **CAFFERTY CLOBES MERIWETHER** |
| | **& SPRENGEL LLP** |
| 19 | 205 N. Monroe St. |
| | Media, Pennsylvania 19063 |
| 20 | Telephone: (215) 864-2800 |
| | bclobes@caffertyclobes.com |
| 21 | |
| 22 | ROLAND TELLIS (SBN 186269) |
| | ADAM TAMBURELLI (SBN 301902) |
| 23 | atamburelli@baronbudd.com |
| | **BARON & BUDD, P.C.** |
| 24 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, California 91436 |
| 25 | Telephone: (818) 839-2333 |
| | Facsimile: (818) 986-9698 |
| 26 | rtellis@baronbudd.com |
| | bclobes@caffertyclobes.com |
| 27 | |
| | DAVID K. LIETZ (*pro hac vice*) |
| 28 | **MILBERG COLEMAN BRYSON** |
| | **PHILLIPS GROSSMAN, PLLC** |

|   |   |
|---|---|
| 1 | 5335 Wisconsin Avenue NW, Suite 440 |
| 2 | Washington, D.C. 20015-2052<br>Telephone: (866) 252-0878 |
| 3 | Facsimile: (202) 686-2877<br>dlietz@milberg.com |
| 4 | ALEX R. STRAUS (SBN 321366) |

5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

ALEX R. STRAUS (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: 917-471-1894
Facsimile: 865-522-0049
astraus@milberg.com

*Attorneys for Plaintiffs*

28788